

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

JUDGE LEINENWEBER

MAGISTRATE JUDGE NOLAN

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANTWAN DAVIS )<br>   also known as ("aka") "Twan" )<br>   and "Bugga Bear," )<br>MARCO SMITH aka "Shorty," )<br>LEONARD HARRIS aka "Cornbread," ) | No. 08 CR 1015<br><br>Violations: Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2. |

**FILED**
J.N
FEB 2 6 2009
Feb 24, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

On or about April 8, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

        ANTWAN DAVIS also known as "Twan," and "Bugga Bear," and
        MARCO SMITH, also known as "Shorty,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWO

The SPECIAL FEBRUARY 2008-2 GRAND JURY further charges:

On or about April 16, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

> ANTWAN DAVIS also known as "Twan," "Bugga Bear," and
> LEONARD HARRIS, also known as "Cornbread,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY